■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS L. OBERER, III, Appellant. [642 NYS2d 833] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Attempted Criminal Possession Forged Instrument, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RYAN S. RUSSELL, Appellant. [642 NYS2d 833] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 2nd Degree.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.